UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| CHRISTOPHER TADDEO, | RULE 7.1 STATEMENT |
| Plaintiff, | 08 CV 01561 |
| - against - | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

----------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant National Railroad Passenger Corporation d/b/a Amtrak certifies that the following are parent companies, subsidiaries or affiliates of Amtrak which have any outstanding securities in the hands of the public:

> Amtrak, a corporation providing intercity passenger rail service, has no parent company. However, American Premiere Underwriters, Inc. and Burlington Northern Santa Fe Railroad Company own 10% or more of Amtrak's stock.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated:  New York, New York
        May 2, 2008

Respectfully submitted,

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
    Ronald E. Joseph (RJ9302)
    Attorneys for Defendant NATIONAL

460430.1 DocsNY

                                            RAILROAD PASSENGER  
                                            CORPORATION  
                                            120 Broadway, 27th Floor  
                                            New York, New York 10271-0079  
                                            (212) 238-4800

TO:    Law Offices of Michael Flynn, PC  
         Attorneys for Plaintiff  
         1205 Franklin Avenue  
         Garden City, NY 11530  
         (516) 877-1234

460430.1 DocsNY

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

     **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

     That on the 2nd day of May, 2008, deponent served the within **RULE 7.1 STATEMENT** upon:

        Law Offices of Michael Flynn, PC
        1205 Franklin Avenue
        Garden City, NY 11530

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                  _____
                                                  Ryan New

Sworn to before me this
2nd day of May, 2008

_____
      Notary

                                        AMEET B. KABRAWALA
                                    Notary Public, State of New York
                                         No. 02KA6144322
                                      Qualified in Kings County
                            Commission Expires April 24, 20 10