```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTOPHER TADDEO,              :      08 Civ. 1561 (SHS)

                Plaintiff,        :

   -against-                            :      ORDER

NATIONAL RAILROAD PASSENGER CORP.,  :

                Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.    Plaintiff has until May 16, 2008 to amend the complaint to add DMJM Harris as a defendant;

      2.    Initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be exchanged on or before May 16, 2008;

      3.    The next pretrial conference is scheduled for July 10, 2008, at 10:30 a.m.; and

      4.    The last day for completion of discovery is October 31, 2008.

Dated: New York, New York
       May 9, 2008

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.