UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER TADDEO
                                Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER
CORP. d/b/a AMTRAK, DMJM HARRIS &
HI-TECH BREAKING, INC.
                                Defendant.

Case No. 08 CV 1561(SHS)

**Rule 7.1 Statement**

---

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

DMJM HARRIS, INC.                      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

AECOM Technology Corporation

**Date:** June 6, 2008

**Signature of Attorney**

**Attorney Bar Code:** (JG-9031)