UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER TADDEO

                        Plaintiff,

NATIONAL RAILROAD PASSENGER
CORP., d/b/a AMTRAK, DMJM HARRIS,
& HI-TECH BREAKING, INC.,

                        Defendants.
------------------------------------------------------------X

CIVIL ACTION NO.:
08-CV-1561 (SHS)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                     ) ss.:
COUNTY OF NASSAU )

        JOAN CANCELLIERI, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over eighteen (18) years of age and resides in West Hempstead, New York 11552.

        On June 6, 2008, Deponent served the within **ANSWER, AFFIRMATIVE DEFENSES AND CROSS CLAIMS and RULE 7.1 STATEMENT** upon the following parties in this action, at the address indicated below, which address has been designated by said parties for that purpose by depositing a true copy of same enclosed in a post-paid addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:    LAW OFFICES OF MICHAEL FLYNN, P.C.
        Attorneys for Plaintiff
        1205 Franklin Avenue
        Garden City, New York 11530
        (516) 877-1234

        LANDMAN, CORSI, BALLAINE & FORD, PC
        Attorneys for Defendant AMTRAK
        120 Broadway, 27th Floor
        New York, New York 10271-0079
        (212) 238-4800

HI-TECH BREAKING, INC.
528 Bryant Avenue
Bronx, New York 10474

*Joan Cancellieri*
JOAN CANCELLIERI

Sworn to before me this
6th day of June, 2008.

*Linda Perillo*
NOTARY PUBLIC

LINDA PERILLO
Notary Public, State of New York
No. 01PE6028222
Qualified in Nassau County
Commission Expires July 26, 20 09