Colleran
(SHS)
6/11/08

ʰᵎAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Third Party ~~Service of the Summons and complaint was made by me(1)~~ in a civil action | DATE June 16, 2008    at  1:18 PM |
|---|---|
| NAME OF SERVER (PRINT) Robert M. Serkes | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

xx☐  Served personally upon the defendant.  Place where served:   16-16 Whitestone Expressway,Whitestone,NY 11357

Skanska USA Civil Northeast Inc.

XX ☐ Left copies thereof at the defendant's ~~dwelling house~~ place of business with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Pat Gredel, Managing Agent,Auth.to Accept

Desc:  White Female, Gray Hair, 67 yrs., 5'5, 180 lbs. and Glasses

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     June 18, 2008
            Date

LYNN M. TRANQUELLINO
Notary Public, State of New York
No.TR5031219
Qualified in Nassau County
Commission Expires August 1, 20

Signature of Server
Robert M. Serkes  - #871450
Garden City S., NY

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.