Colleran

1:08-cv-1561 (SHS)
6/11/08

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1]  Third Party  in a civil action | DATE   June 18, 2008   at ~~XXXXXXXX~~ 11:20 A.M. |
|---|---|
| NAME OF SERVER *(PRINT)*   Charles Kastner | TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 175 Water Street, New York, NY

Illinois National Insurance Co.

place of business,

☒ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Robyn Wellbrock, Legal Assistant, Auth.
Desc:  Whie Female, Brown Hair, 29 yrs., 5'6, 155 lbs.        to Accept

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL   $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 20, 2008
　　　　　　　　　Date

*Signature of Server*
Charles Kastner - #957455
Valley Stream, NY

*Address of Server*

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. TR6031219
Qualified in Nassau County
Commission Expires August 1, 20__

Lynn M. Tranquellino

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.