```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER TADDEO,

                Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORP.,
d/b/a AMTRAK, DMJM HARRIS, HI-TECH
BREAKING, INC.,
                Defendants.
-------------------------------------------------------------x
DMJM HARRIS,

                Defendant/Third-Party Plaintiff,

vs.

SKANSKA USA CIVIL NORTHEAST INC., and
ILLINOIS NATIONAL INSURANCE COMPANY,

                Third-Party Defendants.
-------------------------------------------------------------x

CIVIL ACTION NO.
08-CV-1561 (SHS)

## STIPULATION TO DISCONTINUE THIRD PARTY ACTION AGAINST ILLINOIS NATIONAL INSURANCE COMPANY ONLY

WHEREAS, no party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee and no party to this action believes any person not a party to this action has an interest in the subject matter thereof,

IT IS HEREBY STIPULATED AND AGREED between the undersigned that the above-entitled third party action against Illinois National Insurance Company is hereby discontinued without prejudice and without costs to any party.

New York, New York
Dated: July 9, 2008

_____
John Stackpole Groarke, Esq.
Colleran, O'Hara & Mils, L.L.P.
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
Tel:   516-248-5757
*Attorneys for Defendant/Third-Party Plaintiff*

_____
Erika C. Aljens, Esq.
Law Offices of Green & Lavelle
110 William Street, 18th Floor
New York, New York 10038
Tel:   212-266-5880
*Attorneys for Third-Party Defendant
Illinois National Insurance Company*

SO ORDERED 7/9/08

_____
SIDNEY H. STEIN
U.S.D.J.