UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER TADDEO,

        Plaintiff,

- against -

NATIONAL RAILROAD PASSENGER
CORPORATION, d/b/a AMTRAK, DMJM HARRIS,
HI-TECH BREAKING, INC.,

        Defendants.
-----------------------------------------------------------------X

NOTICE OF APPEARANCE

08 CV 10561 (SHS)

**PLEASE TAKE NOTICE** that on behalf of defendant National Railroad Passenger Corporation, d/b/a Amtrak and Hi-Tech Breaking Inc., the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon the defendant should be served upon the undersigned.

Dated:   New York, New York
           July 9, 2008

                                        Yours, etc.

                                        LANDMAN CORSI BALLAINE & FORD P.C.

                       By: _____
                            Michael A. Korn (MK 3232)
                            Attorneys for Defendant
                            National Railroad Passenger Corporation
                            120 Broadway, 27th Floor
                            New York, NY 10271
                            (212) 238-4800

TO:   Law Offices of Michael Flynn, PC
        Attorneys for Plaintiff
        1205 Franklin Avenue
        Garden City, NY 11530

464908.1 DocsNY

(516) 877-1234

COLLERAN, O'HARA & MILLS, L.L.P.
John Stackpole Groarke (JG-9031)
Attorneys for Defendant/Third-Party Plaintiff
DMJM+HARRIS, INC.
1225 Franklin Avenue, Suite 450
Garden City, New York 11530
(516) 248-5757

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**TANYA KENNEDY**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

That on the 10th day of July, 2008, deponent served the within **NOTICE OF APPEARANCE**

upon

    Law Offices of Michael Flynn, PC
    Attorneys for Plaintiff
    1205 Franklin Avenue
    Garden City, NY 11530

    COLLERAN, O'HARA & MILLS, L.L.P.
    John Stackpole Groarke (JG-9031)
    Attorneys for Defendants/ Third Party
    Plaintiff DMJM+HARRIS, INC.
    1225 Franklin Avenue, Suite 450
    Garden City, New York 11530

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                              _____
                                                               Tanya Kennedy

Sworn to before me this
  10th    day of July, 2008

_____
        Notary

      REGINA CAJIGAS
  Notary Public, State of New York
      No. 01CA6032498
    Qualified in Kings County
  Commission Expires November 1, 2009