USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTOPHER TADDEO,

               Plaintiff,                          08 Civ. 1561 (SHS)

  -against-

NATIONAL RAILROAD PASSENGER CORP. d/b/a      STIPULATION
AMTRAK; DMJM HARRIS and                             AMENDING
HI-TECH BREAKING INC.,                                 JURISDICTIONAL
                                                                         BASIS

               Defendants.
------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that there is federal question jurisdiction of this action pursuant to 28 U.S.C. §1349 insofar as more than fifty percent (50%) of the capital stock of Amtrak is owned by the United States of America.

    IT IS FURTHER AGREED that this Stipulation may be signed in counterparts, and each counterpart bearing an original signature shall be considered one document with all others bearing original signature.

DATED: July 14, 2008
          NASSAU, NEW YORK

Law Offices of Michael Flynn, PC                Colleran, O'Hara & Mills
Attorneys for Plaintiff                                      Attorneys for Defendant DMJM

By: ___[signature]___                                    By: ___See attached___
    Marc T. Wietzke, Esq.                                      John Groarke, Esq.

Landman Corsi Ballaine & Ford
Counsel for Amtrak, Hi Tech Breaking &
Skanska

By: ___[signature]___
    Michael Korn, Esq.

The complaint is deemed amended to assert fed. ques. juris. and the answer is deemed amended to admit that allegation.

SO ORDERED 7/17/08

[signature]
SIDNEY H. STEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTOPHER TADDEO,

        Plaintiff,                  08 Civ. 1561 (SHS)

  -against-

NATIONAL RAILROAD PASSENGER CORP. d/b/a    STIPULATION
AMTRAK; DMJM HARRIS and    AMENDING
HI-TECH BREAKING INC.,    JURISDICTIONAL
    BASIS

        Defendants.
-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties hereto, that there is federal question jurisdiction of this action pursuant to 28 U.S.C. §1349 insofar as more than fifty percent (50%) of the capital stock of Amtrak is owned by the United States of America.

IT IS FURTHER AGREED that this Stipulation may be signed in counterparts, and each counterpart bearing an original signature shall be considered one document with all others bearing original signature.

DATED: July 14, 2008
        NASSAU, NEW YORK

Law Offices of Michael Flynn, PC        Colleran, O'Hara & Mills
Attorneys for Plaintiff        Attorneys for Defendant DMJM

By:_____        By:_____
    Marc T. Wietzke, Esq.            John Groarke, Esq.

Landman Corsi Ballaine & Ford
Counsel for Amtrak, Hi Tech Breaking &
Skanska

By:_____
    Michael Korn, Esq.